NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NXP USA, INC., NXP B.V.,**
*Plaintiffs-Appellants*

**v.**

**IMPINJ, INC.,**
*Defendant-Appellee*

———————————

2024-1121

———————————

Appeal from the United States District Court for the Western District of Washington in No. 2:20-cv-01503-JHC, Judge John H. Chun.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                NXP USA, Inc. v. Impinj, Inc.

(2)   Each side shall bear their own costs.

FOR THE COURT

<u>March 18, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 18, 2024